UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

JUAN GARCIA ENRIQUEZ,

                   Petitioner,

          v.

SECRETARY OF HOMELAND
SECURITY, *et al.*,

                   Respondents.

No. 5:26-cv-02152-MWC-DMK

**JUDGMENT (DKTS. 1, 18)**

Pursuant to the parties' stipulation, *see* Dkt. # 18, the Court **ORDERS** as follows: (1) the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, *see* Dkt. # 1, is **GRANTED** and judgment is entered consistent with the reasons and findings set forth in the Petitioner's Motion for a Temporary Restraining Order granted by the District Court, *see* Dkt. # 12, on April 30, 2026; and (2) Respondents are permanently **ENJOINED** from re-detaining Petitioner without providing notice and a pre-deprivation hearing before a neutral adjudicator.

**IT IS SO ORDERED.**

DATED: May 11, 2026

_____
HON. MICHELLE WILLIAMS COURT
United States District Judge